**Richard A. SIMONE, Claimant–Appellant,**

v.

**Gordon H. MANSFIELD, Acting Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2007–7206.

United States Court of Appeals, Federal Circuit.

Dec. 11, 2007.

*ORDER*

Upon consideration of Richard A. Simone's unopposed motion to voluntarily dismiss his appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

**George B. SMYERS, Claimant–Appellant,**

v.

**Gordon H. MANSFIELD, Acting Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2007–7178.

United States Court of Appeals, Federal Circuit.

Dec. 11, 2007.

George B. Smyers, pro se.

*ORDER*

The court treats George B. Smyers' letter as a motion to dismiss his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) All other pending motions are deemed moot.

(3) Each side shall bear its own costs.